IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

| ROBERT EARL TUCKER, | * | |
| --- | --- | --- |
| Plaintiff | * | |
| v. | * | Case No. 2:05CV00130 JLH/JFF |
| LARRY NORRIS, et al., | * | |
| Defendants | * | |

## ORDER

The Court has received a proposed Recommended Disposition from Magistrate Judge John F. Forster, Jr. After careful review of the Recommended Disposition, the timely objections received thereto, as well as a de novo review of the record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in their entirety. Accordingly, the Plaintiff's Complaint is DISMISSED with prejudice (docket entry #2), and Plaintiff's Motion to Proceed *In Forma Pauperis* (docket entry #1) is DENIED as moot. Dismissal of this action constitutes a "strike" for purposes of 28 U.S.C. Section 1915(g). Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

IT IS SO ORDERED this 8th of July, 2005.

_____
UNITED STATES DISTRICT JUDGE